UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WELLS FARGO BANK, N.A.**, <br><br> Plaintiff, <br><br> v. <br><br> **THOMAS TOGGAS, et al.**, <br><br> Defendants. | Case No. 1:23-cv-2694 (TNM) |

## ORDER

Upon consideration of Defendants' Notice of Removal, it is hereby

**ORDERED** that this case shall be remanded back to the Superior Court of the District of Columbia.

Under 28 U.S.C. § 1441(b)(2), a defendant may not remove his case to federal court if (1) his only jurisdictional basis is diversity jurisdiction, and (2) any of the defendants are citizens of the state where the action is pending. Here, Defendant Thomas Toggas claims only diversity jurisdiction under 28 U.S.C. § 1332. *See* Notice of Removal 2 ¶ 2, ECF No. 1. And he admits that he is a resident of the District of Columbia. *Id.* at 1 ¶ 1. So removal is improper.

The Clerk of Court is directed to **REMAND** this case to the Superior Court of the District of Columbia for further proceedings.

**SO ORDERED**.

Dated: October 23, 2023

TREVOR N. McFADDEN, U.S.D.J.